CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(chief) michael S. owl Feather-Gorbey      :

**Full Name of Plaintiff        Inmate Number**

:                   Civil No. _____

v.                  :    (to be filled in by the Clerk's Office)

:

B. Carney                    :    ( ✓ ) Demand for Jury Trial
**Name of Defendant 1**       :    (    ) No Jury Trial Demand

:

Wininger                     :
**Name of Defendant 2**       :    (Under Imminent Danger
                             :     28 USC § 1915 (g))

Tanner                       :
**Name of Defendant 3**       :

:

Williams                     :    **FILED**
**Name of Defendant 4**       :    **SCRANTON**

:         OCT 0 8 2020

Spaulding                    :
**Name of Defendant 5**       :    Per: _____
(Print the names of all defendants.  If the names of all    :    DEPUTY CLERK
 defendants do not fit in this space, you may attach        :
 additional pages. Do not include addresses in this         :
 section).                   :

## I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

____    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

✓       Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
        (1971) (federal defendants)                                    consolidated

✓       Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
        United States

II.   **ADDRESSES AND INFORMATION**

A.   **PLAINTIFF**

oWlFeather~Gorbey michael S.
Name (Last, First, MI)

DC. Doc 317611 Fed. 33405-013
Inmate Number

USP Lewisburg.
Place of Confinement

Po Box 1000 lewisburg.
Address

lewisburg. PA. 17837.
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

____   Pretrial detainee

____   Civilly committed detainee

____   Immigration detainee

✓     Convicted and sentenced state prisoner

____   Convicted and sentenced federal prisoner

B.   **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.  If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

CarNey   B.
Name (Last, First)

Head chaplain
Current Job Title

USP Lewisburg 2400 Robert F. miller DRive
Current Work Address

lewisburg, PA. 17837.
City, County, State, Zip Code

Defendant 2:

Wininger

Name (Last, First)

Secondary chaplain

Current Job Title

USP lewisburg, 2400 Robert F. Miller Drive

Current Work Address

lewisburg, PA. 17837.

City, County, State, Zip Code


Defendant 3:

Tanner

Name (Last, First)

Correctional officer

Current Job Title

USP lewisburg 2400 Robert F. Miller DR.

Current Work Address

lewisburg PA. 17837

City, County, State, Zip Code


Defendant 4:

Williams

Name (Last, First)

Correctional officer

Current Job Title

USP lewisburg 2400 Robert F. Miller DR.

Current Work Address

lewisburg, PA. 17837.

City, County, State, Zip Code


Defendant 5:

Spaulding

Name (Last, First)

Warden.

Current Job Title

USP lewisburg, 2400 Robert F. Miller DR.

Current Work Address

lewisburg, PA.

City, County, State, Zip Code

List of Defendants Contenued

Defendant (6)  Bowling
        Executive Assistant - Remedy Coordinator
        Usp lewisburg. 2400 Robert F. miller DR.
        lewisburg. PA. 17837.

Defendant (7) Borkoski
        Assistant Warden
        Usp lewisburg 2400 Robert F miller DR.
        lewisburg. PA. 17837

Defendant (8) Brickard
        Assistant Warden
        Usp lewisburg. 2400 Robert F. miller DR.
        lewisburg. PA. 17837.


        Note.
        If not for immunities I deem unconstitutional
        I would also be naming Judges mariani of the
        US Distct. scranton & chief Judge D. Brooks smith
        of the US. Appeal ct. 3rd cir. For their misconducts
        which Embold Prison staff to violate my Rights

Defendant (9)  the United states
            U.S. Government
        U.S. DOJ 950 PA Ave. NW.
        Washington. D.C. 20530

Defendant (10)    Fisher    x-Block #1 officer
        2400 Robert F miller Dr.
        lewisburg. PA. 17837.

## III.  STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.  Describe where and when the events giving rise to your claim(s) arose.

USP Lewisburg  X-Block Basement  Cell X-012 & Cell X-020

B.  On what date did the events giving rise to your claim(s) occur?

9-1-20 & Again on 9-24-20

C.  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?) Judges mariani & smith Embold FBoP staff misconducts

On 9-1-20 I was Denied A Lunch & medical Treatment then again on 9-24-20 in Events of the Native yearly Ceremonial meal, Religious services & Food service fail or Refuse to send me A Ceremonial meal. & officers Tanner & Williams Took A Reguler Tray From the general Population Food Cart & Drop it At my Cell Door Discriminatively & Disrespectfully. Then Warden spaulding & Exc. Ass. Bowlin Walk Through & I Explain To them the issue & they Did Nothing To Assist me & let This Happen. & then Ass. chaplian Wininger Walk Through & I Explain To Him my Issues & He smartly told me That I don't get nothing special in shu. Where I'm Hypoglacimic & these Denials of meals Cause my suger to Drop & I Try to Notify Staff but they ignore my Pleas For Help. & I got Dizzy & Fell. Staff Just laugh At me & Call me A Dumb Ass & other Names.   see Continuance Pages
I Cannot obTain Proper-Timely Reliefs From the FBoP Administrative Remedy Process, because it is opperating Unconstitutionally. As Evidenced in other sister Cases.
3: 20-cv-806, 3:20-cv-867 & 3:20-cv-1050

Prison staff show misconducts & Judge mariani Exparte Conspires & impedes my suits & then smith impedes Complaints on mariani & together they Embold FBoP staff To Contenue.

Page 4 of 6

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what
constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to
assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if
needed.

1st & 14th Amendment Religious Rights
Equal Protection Traditional Foods & Religious
Preservation of Ceremonial meds.
8th Amendment medical Denials a imminent
Dangers. Physical Injuries.
1st & 14th Amendment Right To lunch,
Equal Protection.

✳ Judge mariani. Judge Smith chief Judge 3rd cir us Appeal,
Spaulding. Rokoski. Brickard. Bowlin. B. carney, wininger.
Tanner. Williams & Fisher Working Together or in
Sequence To violate my Rights & Knowingly Causing
me Harms Physically. Through Paters of misconducts.

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described
above.

Violation of Religious Rights. Denial of lunch 2 Days &
Resulting in Hypoglicinia Attack. Falls & Injuries
UNSPecified To Head. Face & R-wrist.

## VI.   RELIEF

State exactly what you want the court to do for you.  For example, you may be seeking money damages,
you may want the court to order a defendant to do something or stop doing something, or you may be
seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not
request a specific amount of money.

① $25,000,000.00 million Cash. (Twenty Five)
② Reform To F.Bop Religious meal Access in shu. For Natives.
③ Reform To F.Bop meals Provided To inmates on
   medical or other outside RuNs.
④ Reform of the 3rd 6tr. Judicial Process For Prisoners.
⑤ Reform To lew. inst. supp. 5360.09(H) To provide weekly
   Religious Services To Natives in shu.
⑥ Injunction To bar F.Bop From Denying me meals or Placing
   me on Top bunks.

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose. *To best of my knowledge.*

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

(Chief) Michael S. Owl Feather-Gorbey
Signature of Plaintiff

9-24-20
Date

CONTENUANCE. I Not only object & Sue Regarding the Failure to Religiously preserve my Native Ceremonial Rights & meals. but I Also object to the denial of Traditional Foods such as Fry bread, Indian Taccos & Buffalo meat.

Policy Allows us to create the Fry bread & Tacco's From items Available on main line. Flower. Beef & Beans

yet. Policy Also Affords Religious services Funds to Purchase some Traditional Foods such as Buffalo meat, & yet (Natives) Are deny this (while) Religious services Purchases Jewish Passover & muslim Religious meals. Violating the 1st & 14th Amendments
(Chief) Michael S. Owl Feather-Gorbey

Case 1:20-cv-01850-CCC-CA   Document 1   Filed 10/09/20   Page 8 of 24

Gorbey vs. B. Carney et al.                    Page 1 of 9

CONTINUANCE Pages To Suit

(1) ON 9-1-20 Gorbey Was Carry To Geisinger eye
Center Danville. P.A. & Held there until About 1:30
P.M. & Never given lunch. & then brought back
To USP Lewisburg Where Gorbey inform Both
R&D staff And His Housing Unit X-Block staff
that He Had NOT been given Any lunch & that
He is Hypoglocimic & low suger From Not Eating
makes Him Sick. Dizzy. Passout & Causes injuries.
Which Also Effects His Hyper Tension & Could
Cause Heart Attack or Stroke. yet. Staff Told
Gorbey they DON'T DO Lunch & He was beet.
Returning Him To His Cell Without medical
Attention & Without Lunch.

No BP8 Was Available. though Gorbey did that
Same Evening 9-1-20 inform Counseler marr
of the issue. so Gorbey Filed A BP9. on this
issue. #1045196-F1 see Exhibit (1) Copy of the
9-1-20 BP9. Handed To staff that same Day
but Not listed by Lewisburg Remedy Coordinator
Until (7 Days later) on 9-8-20. At Which Time
Remedy Coordinator Bowlin (Rejected) the BP9.
Claiming A BP8 Was Required. & yet Refuse To
Address the issue.

(a) Evidencing that Staff Are Alowing other Staff
To Deny Gorbey meals.
(b) Evidencing That the Gorbey is Not being
Provided Proper-Timely Access To the BP8

Informal Remedy Process

(c) Evidences by the Rejection that the Bp8 Informal Remedy Process is opporating to impede Formal Filing.

(d) Evidences by the subsequent 9-24-20 denial of lunch that such Rejections & or staff Fail or Refusal to Effectively Address issues brought to them Embolds others to Contenue misconducts. Just As it does when Courts impede Prisoners Reliefs. because they then Fear No Repcussions

No Lunch Has Ever been given to supplement this Denied lunch meal on 9-1-20.

(2) On 9-24-20 usp lewisburg Conducted its yearly Native American Ceremonial meal Which Gorbey sought & Recied Pre-Approval Through Religious service to Participate in.

Where. Normal Procedures For Native Participants in shu, is Food service Prepairs the meal For Each indovidual in shu & it is Deliver by Religious services to Preserve the Religious Quality of the Ceremonial meal.

However. Recently. the F-Bop started issuing the Ceremonial meal to the intire general Population Reducing Natives to None of their Traditional Foods such As Fry bread Indian Taccos or Buffalo meat Which itself is A Religious violation As Courts of the 6th & 8th Circuit Have Reled that Forcing Natives to

Accept less than traditional Ceremonial meals is Forcing them to Perform less than traditional Ceremonies. Violating their Rights And. the 14th Amendment Equal Protection is Violated As Jewish Pass over meals Are not general Population meals & Nore Do muslum Ramadan Participants Have to Eat With general Population. yet. Natives Are clearly Discriminated up. And.

this is Exceptionally Conserning Where the usp lewisburg institutional supplement 5360.09 (A) To the National Religious Policy Restricts Natives In shu to Religious service Access only (two) Times A year & NONE in the 6 months that Any D-S Time is issued. While. other Faith groups such As Jewish & muslum Recieve (weekly services) in shu & While on D.S. clearly Discriminating on Natives.

Where. Normally. Natives Are told Not to Eat A general Population Tray. That To Do so Will Cause them to be Denied A Ceremonial Tray. Which Gorbey Also objects to because the yearly Ceremonial meal is to be An (Extra meal) & not A substitute For that Days lunch. & then if its Fed to general Population. Whats special or Religious About it? And. To Evidence this is in 2017. At usp Canaan. Gorbey Recieve the lunch general Population meal & then was (Denied) His yearly Ceremonial meal because

of it. & yet. Now staff want to demand He accept A general Population meal as His yearly Ceremonial meal.

Where. on 9-24-20 About 9:00 Am Gorbey inform Ranger officer Tanner that it was native Ceremonial meal Day & He should Recieve A Religious Tray For luch. To give Tanner the Heads up. yet. Tanner smartly Told Gorbey He Didn't Care & Don't Work For Food or Religious services.

Where. then When lunch Arrived There was No Religious Tray For Gorbey & Tanner & the #1 Williams (Refuse) To Call Religious or Food service. & Tanner brought A Reguler general Population Tray He snaged off the general Population Food Cart & Told Gorbey He was gona Accept (that Tray) As His Ceremonial meal & When Gorbey said NO! Tanner Drop the Tray in the Floor At Gorbey's Cell Door & said Natives Eat off the ground & started Walking off. Where Gorbey told Him He would File on This! Tanner Responded that He Did Not Care. (No body At lewis burg) cares About or Fears Gorbey's Filings (because) the "Courts" Already said they Aren't letting Gorbey's suits go AnyWhere!!

(a) Proving The Courts & FBOP staff Are Exparte CommuNicating &

(b) Proving that Courts impeding Gorbey Reliefs Is clearly Embolding Prison Staff To Act

with MTS conducts & itself creates an imminent Danger. by Judges Mariani & Smiths Actions.
    Where. then #1. Williams Came by & Took the Tray out the Floor & Away, & Did Not Provide Gorbey Any Lunch!

    Where. then About 11:00 Am Warden Spaulding & Exc. Ass. Bowlin Walk Through & Gorbey Explain the issue & Spaulding said He would Correct it. yet He never Did!! & stated that He did Not Fear Gorbeys Filings in Court.
    Where then About 11:30 Am. Deputy chaplain Wininger Walk Through & Gorbey Explain to Him & yet. Wininger claim A general Population Tray substitutes Gorbeys yearly Ceremonial meal. & it was Too bad Gorbey didn't get one! (Try Again Next year). As B. Carney Allows. & supervises these Ceremonial meals.
    Where. by then Gorbey being Worked up & His low suger From no lunch meal & Hypertension Together. He got Dizzy & Pass out Faling Damaging His Head. R-wrist. R-sholder. While There Are no Duress buttons in Lewisburg Shu. X-Block Cells & When Staff Tanner & Williams Did Make Another Round They simply laugh. Joke & Cuss. Gorbey but got Him no medical Treatment or Food!

(3) Where. then the Next morning. Williams comes back To Gorbeys cell & Demands Gorbey Pack up that He & #1 Fisher were moving Gorbey

To Another Cell (on A Top bunk) since Gorbey
wants to Complain About meals. & then moved
Gorbey to Cell X-315 on A Top bunk.

X-Block bunks Have no ladders.
Cell. (Tables) Are About 1½ -2 Feet Away &
the Table seat is on A swivle that Easyly
moves when step on. Causing Falls.

Gorbey Has Chronic injuries To His L-Ancle
R-Knee, R-Wrist. R-Sholder.
(a) The L-Ancle Roles & gives out. (Dangerous Climbing)
(b) The ~~Hip + Sh~~. R-Sholder Dislocates.
(c) The R-Wrist Priorly operated on with bones
Removed wont support His weight.
Gorbey weighs 225 Lbs & His medical status
says He is NOT to lift over 25 Lbs.

So Accessing Top bunk subjects Him to
Falls. which in cells Composed of Concrete
& Steel. Cause Gorbey injuries & Threats of
Death. on An Every Day basis.
Where. one Fall in 2016 is Documented To Have
Fracture Gorbeys L-Foot & Torn Tendons &
ligiments.
Another Fall in 2018 was so serious Gorbey
Had to Have Emergency surgery At FCI
Cumberland md. outside Hospitle.
Where. Another Fall in 2020 (At lewisburg)
Has (still Today) since 6-23-20 To be Effectively
Treated.

Where. offten Staff DON'T Provide ANY Treatment At all For Gorbey's Falls. & like For the 6-23-20 Fall, it Was some (25 Days later) before His Foot Was X-Ray & yet His Hip & Arm & Never been Treated, or Examine.

Where. offten Gorbey may suffer injuries that are serious. like Torn muscle. Tendon or ligiment that untreated "Could" Permanently Render a limb useless, & qualifies AS serious Physical injury, that WON'T Show up on any Reguler X-Ray, & Where if medical Staff Never Physically Examine Gorbey Will Never be Documented As Requiring Treatment & is an imminent Danger. the threat of Falls & Denial of Treatment When He does Fall.

(1) Denial of Ceremonial meal & Religious Access.
Smith Vs. City of Atl. city (3-22-2019) US Dist. lex. 47892
   the Supreme ct. Has Recognized that violations of 1st Amendment Rights are irrepairable injuries
Elrod Vs. Burnes 427 US. 347. 373 (1976)
loss of 1st & 14th Amendment Freedoms Constitute irrepairable injuries.
Neb Press Ass'n Vs. Stuart 423 U.S. 1327. 1329 (1975)
   1st & 14th Amendment violations Are irrepairable.

Schlesinger Vs. Carlson 489 F. Supp. 612. (1980)
   Religious meals For Prisoners Are 1st & 14th Amendment Constitutional Rights.

B. Carey. Wininger. Rokoski. Bricklard. Spaulding & Bowlin Are Responsible For Religious Activities & meals. & I Have Complaint to them Personally About DISCRIMINATIONS

(2) Denial of meals Causing serious medical Conditions & injuries while being denied medical treatment. violates the 8th Amendment Estelle vs. Gamble 429 U.S. 97. 107 (1976) Gutierrez vs. Peters 111 F.3d. 1364. 1369 (7th cir. 1997)

(3) Top bunk suffering Falls & injuries Due to inability to climb because of chronic injuries violates the 8th Amendment. Cochran vs. Gett 11-cv-134. 2011 U.S. Dist. lexis 81720 at *5-6 (W.D. Wis. July 26. 2011) Williams vs. Walker 11-cv-805. 2011 us Dist. lexis 55925 at *2 (E.D. Cal. may 6. 2011) Bradley vs. Pucket. 157 F.3d. 122 (5th cir. 1998) Accommodations For Physical Disabilities.

(4) Where. this is "Exceptionally Conserning" where Defendant united states is Enrolved because Gorbey Has Already suffer (A list of) Damages & Dangers or injuries since He Arrived At usp lewisburg Where us Dist. ct. Judge mariani & 3rd cir. us Appeal ct. Judge smith Have been Exparte Conspiring With Government Attorneys & FBOP staff in Gorbey Already Pending Cases. 4:20-cv-804. 3:20-cv-806. 3:20-cv-867. 3:20-cv-1050. 3:20-cv-1150. 3:20-cv-1360. 3:20-cv-1457. 3:20-cv-1227. 3:20-cv-1513 Delaying Proceedings. Granting Government motions the same Day their Filed Forcing Gorbey to suffer the Dangers & Damages He seeks to Avoid while (Embolding) Prison staff to

Contenue such misconducts & therefore
Rendering the united states liable see.
28 USC § 2671-2680 As Judges Qualify As
Any Employee of the united states & would
Here be Named Personally themselves if Not
For their unconstitutional immunities. see.
Abdul-Akbar vs. mckelvie 239 F.3d. 307 (3rd cir. 2001)
the Relevant Tempral Focal Point of Action.
Gibbs vs. Cross 160 F.3d. 962. 966-67 (3rd cir. 1998)
* see Attached Affidavid in support.
   I Gorbey therefore demand Compensation.

## Relief sought

(1)  $25.000.000.00  Twenty Five million Dollers Cash.
(2)  Reform To lew. institutional supplement 5360.09(A)
For Native Religious Access To be Provided on A
Weekly basses No matter if their serving D-s
Time or Not.
(3)  Reform To the lew. & FBop. Ceremonial meal
For Natives Process To Provide Traditional meats
& Religiously Preserved For those in shu.
(4)  Reform To F.Bop inmate on medical Run meal
Process. To Provide All 3 Required meals.
(5)  Reform To the 3rd cir. US Court Judicial
Process For Prisoners.
(6)  Injunction To bar FBop From denying Gorbey
meals & to Prevent FBop From Assigning or
Forcing Gorbey To Top bunks.
      I Gorbey seek a Hearing Necessary To defend.
         (chief) michael s.dll Feather-Gorbey
         DC DOC 3176 H Fed. 33405-013

Gorbey vs. B. Carney et al.                    Ex.b.(1)

ARTMENT OF JUSTICE                    REQUEST FOR ADMINISTRATIVE REMEDY
...al Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Owl Feather - Gorbey, M.S.        33405-013        X        USP Lewisburg
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST** ON 9-1-20 I was Denied lunch. I was taken to
The eye Doctor Danville PA & brought back Around 2:00 pm &
immediately ask R&D staff for my lunch & they said
X-Block staff Either save me one or would double up on
Dinner. yet When I got to X-Block my Range officer
smartly said He don't do lunch & they Did Not save me one
& then He Refuse To give me An Extra Dinner box To
supplement. I was therefore Denied lunch 9-1-20.
I want staff sanction & I Demand Compensation As
I am being Hypoglocinic this Denial of Food Causes me threats
9-1-20    of serious Medical Conditions.   Michael S Owl Feather-Gorbey
    DATE                                    SIGNATURE OF REQUESTER Counselor Marr

**Part B- RESPONSE**

RECEIVED

SEP 0 8 2020

ADMIN REMEDY CLERK
USP LEWISBURG

Rejected
By Bowtin

_____                    _____
DATE                               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**          **CASE NUMBER:** 1045196-F1
                                                        _ _ _ _ _ _ _ _ _ _
Counselor Marr for witness

                                           **CASE NUMBER:** _____

**Part C- RECEIPT**
Return to:  O-Gorbey M.S.        33405-013        X        USP Lewisburg
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**SUBJECT:** DENY lunch 9-1-20

9-1-20                              Handed to Unit Team
DATE                               RECIPIENT'S SIGNATURE (STAFF MEMBER)
                                   Exhibit (1)

USP LVN        ♻ PRINTED ON RECYCLED PAPER                    BP-229(13)
                                                             APRIL 1982

rbey vs. B. carney etal     Affidavit                    Page 1 of 1

Declaration under Penalty of Perjury
              9-25-2020
    I owl Feather-Gorbey Declare that the Facts Here
Are True & Correct to the best of my Knowledge.
28 USC §1746 & 18 USC §1621

        (Chief) michael s. owl Feather-Gorbey
           DC DOC 317611 Fed. 33405-013


    I Gorbey Declare that I Have been At usp
lewisburg P.A. Since 4-17-20 & (Not one Time)
Has Any medical staff Ever Physically Examine
Any of my chronic injuries To Determine my
need For a lower bunk. I Did personally inform
DR. Pigos, D.R. Edinger & PA Woodro To No Avail.
& my several lawsuits & multiple F. Bop Remedy
Complaints that include this issue is Evidence
that I Have Dully Redress the issue. Where the
most I got was Pigos in About June 2020 claim
He would check my Files but that is Not Physically
Examining my injuries. Where. Also. since then
I Have suffer Falls & serious injuries & though
I Have Complain, Not one of the New injuries
Have Ever been Physically Examine by Any medical
staff, & Neither Have I Ever been Examin For
my Hypoglocimia or For Any of the injuries I
Have suffer Physically From Hypoglocimia
Episodes. my Sick-Calls get ignored or Recieve
irrelevant Responses. like Telling me To Exercise my
sholder When I Complain of New (Arm) injuries.
(Without) Examining me. (Chief) michael s. owl Feather-gorbey
                    DC DOC 317611 Fed. 33405-013

CONTINUANCE Pages to support

Imminent Danger

These Actions by Defendants Are clearly
Evidence of A (Pattern of misconduct's)
Which Pose A likelihood of serious Physical
injuries or death upon Gorbey
Martin vs. Shelton 319 F.3d. 1048, 1050 (8th cir. 2003)

Where For Gorbey 50 years old suffering
serious medical Conditions HyperTension &
Hypoglocimia. It Has been A never Ending
Story At usp lewisburg! Where staff Are
(Constently) in A Pissing Contest To Retaliate
on Gorbey For His Filings or To simply be one
To Prove Gorbey Wrong. Even When He is Right!
& (Causes staff) to cloud their "Proffessional"
Judgments. & While some Acts they Perform Are
Deliberate. Like, subjecting Gorbey To Covid-19
Positive inmates or Absing Abusing use of the
Discipline Process To Attack Gorbey unjustly &
"To Cover up" inmate Assaults & staff's own
misconducts in Not Keeping Him safe! other
Acts, such As Here, Today, Are Caused by sheer
Discrimination & Wantin indangerment of Not
Professionally "Considering" What their Doing. but
just Doing it! (To be Able to) Tell "Gorbey" This!
is What Were Doing! & in most Cases it is
Causing Gorbey Damages or Placing His &
sometimes other(s) safety At Wrisk!!
Where. Here. Gorbey Already suffering serious
medical Conditions. He suffers the mental
Anguish of 13 years of unjust incarsoration

He is being Assaulted. Kept in-shu, Denied All
Religious Activities. & Put through A list of
imminent dangers. Serious & other Physical
Injuries or SubHuman Conditions. & To
Address His issues He Has to stand on His Cell
Door & yell His issues As staff Constently Run
old Rackling Fans on the Range they Could Easyly
Turn off but Don't & Constently (tell inmates)
speak up. I Cannot Hear you! so the Already
suffered serious medical Conditions, Coupled
With the (Duress of the moment) & lack of Food
then Encourages those serious medical Conditions
& In the End (Creates) An Episode, that Places
Gorbey in imminent danger of serious Physical
Injury or Death!! As His suger drops, His Blood
Pressure goes up. He gets Dizzy. offten Passes
out & Falls. it Creates A threat of Heart
Attack or Stroke. Not to mention the Injuries
suffer From Falls in Cells Composed of Concrete
& steel. Where. simply the Denial of Reguler
meals & drop in suger "Could" Cause Him to go
into A Coma, or to suffer other Serious bodily
Injuries, & therefore. Qualifies For the 1915 (9)
imminent danger Exception.
Abdul-Akbar vs. mckelvie 239 F.3d. 307 (3rd cir. 2001)
the imminent danger Exception Applies if the
danger Existed At the Relevant Temprel Focal
Point. of Action. see Also.
Gibbs vs. Cross 160 F.3d. 962. 966-67 (3rd cir. 1998)

(chief) michael s.dwl Feather-Gorbey
D.C. Doc 315601  Fed. 33405-013

Where. on 9-25-20 Williams & Fisher Then
Retaliating For my Complaining About
the meals. Deliberately move me From
X-020 lower bunk to X-315 Top bunk.
Knowing I Have Chronic inJuries that Prevent
me From climbing L-Ancle. R-Knee. R-Wrist,
R-sholder & Am not to lift over 25 lbs
While X-Block Cell beds Have No steps or
ladders & the Table is Feet Away With A
swivle seat. & I Fall suffering inJuries
that do Not get Treated by medical.
Cochran vs. Geit 11-cv-134. 2011 US Dist. lex. 81720
at *5-6 (W.D. Wis. July 26. 2011)
Top bunk Assignments Falls & inJuries because
of Physical Disabilities Constitutes leave To
Proceed IFP under imminent Danger Exception.
1915(g)
Williams vs. Walker 11-cv-805, 2011 US Dist. lex 55925
at *2 (E.D. Cal. may 6. 2011)
Bradley vs. Puckett 157 F.3d. 122 (5th cir. 1998)

Where. These misconducts by Prison staff
Are Caused, Encouraged & or Embolded by
Judge(s) marianí & smith's Bias & Antagonisms
Towards Gorbey Trying to immune Prison
staff & creating A PreJudicial Wanten
Endangerment While Gorbey Remains At
USP lewisburg. PA. & Requiring He be granted
leave to Proceed. IFP under imminent Danger
As Explain below. As When Prison staff (like spaulding
& Tanner Will openly Admit that they Do Not Fear
Gorbey's Filings (because) the Courts Won't Act on them

on them As.

where. More importantly is the Fact that because
Judges mariani & Smith Have impeded Gorbey
Relief on Already Existing lawsuits Against
usp lewisburg staff it Has Embolded those
Prison staff to believe they are being made
to be Absolutely immune & Can Conduct them
selves in ANY unprofession manner they want
towards Gorbey. & infact officer TANNER &
warden spaulding Both Commented on those
verry Facts! that they do NOT Fear Gorbey's
Filings (because) the Courts wont let the suit
go ANYwhere! & therefore At that Relevant
Tempral Focal Point Creates AN imminent
Danger. where. staff Have Already Proven
they will Place Gorbey in threatful situations
& Have Already Done so & Have Already Caused
Gorbey serious & other Physical inJuries Relating
to inmate Assaults. unJust Disciplin Actions.
Exposures to Covid-19, glaucoma, Excessive
lighting, inJuries From top bunks, Denials
of medical Treatments & Complete violations
of Religious Rights. (clearly Proves) ANything At
usp lewisburg is Possible & with staff Arguing
(the Court) Has Absolutely immune them From
suit!! clearly Places Gorbey in imminent
Danger of serious Physical inJury or Death.
Again Evidence by these Acts Here Today.
As. Gorbey suffering serious medical
Conditions From lack of Food & the Duress
of the moment. in A Cell with NO Duress
button & staff laughing - Joking At him &
Not Providing Him medical Treatment is A threat!

<u>Declaration of mailing §1746 & §1621</u>

I Gorbey Declare that on 9-24-20 At About 3:00 P.m. I Deposit this Pleading & All Attachments in the lewisburg X-Block internal indigent inmate legal mail System to be sent 1st class us mail by Placing it in A properly Address Envalope on my X-020 Cell Door to be process by Appropriate staff. invoking my Rights to the Prisoner mail box Rule at this time. seen

<u>Houston vs. lack</u> 487 U.S. 266 (1988)
"Prisoner Pleadings was Filed At the moment of Delivery to Prison Authorities For Forwording to the Court.". the letter was Never Taken by staff so on 9-25-20 I Amended the New bunk issues to it.

(Chief) Michael S.Owl Feather-Gorbey
D.C. Doc 317611  Fed. 33405-013
Usp lewisburg
PO Box 1000
lewisburg, P.A.
17837.

Placed back on Cell Door X-315 on 9-25-20 such Disrespects For my Native Religion Are Appalling & then the Disregard For my well being is Even A greater Consern. it begins with the FBop & goes through to the Courts. & in the End makes <u>both</u> Equally Negligent. Responsible & liable.

21-19/13.7 ④

Inmate Name: _Michael S. dNl Feather-Gorbey_
Register Number: _33405-013_
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

3 0 SEP 2020

(legal-special mail)

RECEIVED
SCRANTON

OCT 08 2020

PER _____
DEPUTY CLERK

(open only in Presence of
Gorbey or the U.S. court)

Clerk of Court.
U.S. District Court
Po Box 1148
Scranton. P.A.
18501

18501$1148 B099