## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHIEF MICHAEL S. OWL FEATHER-GORBEY,** | : | **CIVIL ACTION NO. 1:20-CV-1850** |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **B. CARNEY,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 6th day of January, 2021, upon consideration of plaintiff's

complaint, and for the reasons set forth in the accompanying memorandum, it is

hereby ORDERED that:

1.  The application to proceed *in forma pauperis* is DENIED.  (Doc. 2).

2.  On or before January 25, 2021, plaintiff shall TENDER to the "Clerk, U.S. District Court" payment in the amount of $400.00, which represents a statutory filing fee in the amount of $350.00 and a $50.00 Administrative Fee.

3.  Failure to comply with this order will result in dismissal of this action without further notice of court.

4.  This action is STAYED pending receipt of plaintiff's filing fee.

5.  Plaintiff's motion (Doc. 7) to present new facts regarding his imminent danger claim is GRANTED to the extent that the court has considered the additional claims of imminent danger.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania